# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RICKY DEAN MARSHALL                         Case No.: 5-17-03985-RNO
                                            Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN SERVICING CORP |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 9040/PRE ARREARS/5014 BELVEDERE RD |
| Property Address if applicable: | 9153 BELVEDERE ROAD, , TOBYHANNA, PA18466 |

**PART 2:**  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $24,352.17
b. Prepetition arrearages paid by the Trustee:     $24,352.17
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $24,352.17

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SN SERVICING CORP
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1191703 | 09/06/2018 | $516.60 | $0.00 | $516.60 |
| 5200 | 1193067 | 10/10/2018 | $813.45 | $0.00 | $813.45 |
| 5200 | 1194414 | 11/08/2018 | $539.98 | $0.00 | $539.98 |
| 5200 | 1195826 | 12/13/2018 | $539.98 | $0.00 | $539.98 |
| 5200 | 1197190 | 01/10/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1198290 | 02/07/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1197190 | 02/08/2019 | $-539.98 | $0.00 | $-539.98 |
| 5200 | 1199576 | 03/12/2019 | $769.95 | $0.00 | $769.95 |
| 5200 | 1200963 | 04/11/2019 | $1,119.98 | $0.00 | $1119.98 |
| 5200 | 1202286 | 05/09/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1203602 | 06/06/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1205003 | 07/11/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1206346 | 08/07/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 9006376 | 09/26/2019 | $1,092.74 | $0.00 | $1092.74 |
| 5200 | 9006460 | 10/10/2019 | $282.76 | $0.00 | $282.76 |
| 5200 | 9006544 | 11/07/2019 | $541.16 | $0.00 | $541.16 |
| 5200 | 9006634 | 12/12/2019 | $676.45 | $0.00 | $676.45 |
| 5200 | 9006727 | 01/16/2020 | $176.45 | $0.00 | $176.45 |
| 5200 | 9006909 | 03/12/2020 | $450.34 | $0.00 | $450.34 |
| 5200 | 9007087 | 04/14/2020 | $637.05 | $0.00 | $637.05 |
| 5200 | 9007286 | 05/06/2020 | $368.70 | $0.00 | $368.70 |
| 5200 | 9007542 | 06/02/2020 | $491.60 | $0.00 | $491.60 |
| 5200 | 9007830 | 07/07/2020 | $614.50 | $0.00 | $614.50 |
| 5200 | 9008146 | 08/12/2020 | $491.60 | $0.00 | $491.60 |
| 5200 | 9008471 | 09/17/2020 | $737.40 | $0.00 | $737.40 |
| 5200 | 9008782 | 10/15/2020 | $491.60 | $0.00 | $491.60 |
| 5200 | 9009037 | 11/03/2020 | $248.53 | $0.00 | $248.53 |
| 5200 | 9009337 | 12/10/2020 | $150.45 | $0.00 | $150.45 |
| 5200 | 9009867 | 01/19/2021 | $745.59 | $0.00 | $745.59 |
| 5200 | 9010167 | 02/17/2021 | $9,155.41 | $0.00 | $9155.41 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RICKY DEAN MARSHALL  Case No.: 5-17-03985-RNO
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| SN SERVICING CORPORATION<br>323 FIFTH STREET<br>EUREKA, CA, 95501 | SERVED BY 1ST CLASS MAIL |
| RICKY DEAN MARSHALL<br>9153 BELVEDERE ROAD<br>TOBYHANNA, PA 18466 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com